CRIMINAL COMPLAINT

# United States District Court

DISTRICT of ARIZONA

United States of America
v.
**Juan Pimentel**
DOB: 1968; U.S. Citizen

DOCKET NO.

MAGISTRATE'S CASE NO.
**15-01816MJ**

Complaint for violations of: Title 21 United States Code §§ 841(a)(1) and 841(b)(1)(A)(ii)(II)
All in violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about November 18, 2015, at or near Marana, in the District of Arizona, **Juan Pimentel** did knowingly and intentionally attempt to possess with intent to distribute 5 kilograms or more of cocaine, that is, approximately 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 18, 2015, Arizona Department of Public Safety (AZDPS) Troopers conducted a traffic stop on a dark grey Ford Expedition in the vicinity of Exit 232 on Interstate-10, for a non-illuminated license plate. Trooper Lankow approached the vehicle and a male individual was present in the driver's seat. He was the sole occupant.
The male individual presented an Arizona Drivers' license with the name **Juan Pimentel**. **Pimentel** told Trooper Lankow that he was driving to Flagstaff, AZ, but did not know who rented the vehicle he was driving. **Pimentel** consented to a search of the vehicle by signing the AZDPS consent to search form. **Pimentel** advised Trooper Lankow that he was a Border Patrol Agent and presented a set of Border Patrol credentials to Trooper Lankow. **Pimentel** advised Trooper Lankow that he had a firearm in his bag. Upon searching the vehicle, Trooper Lankow noticed four black suitcases. **Pimentel** denied the black suitcases were his. Trooper Lankow opened one of the suitcases and found what appeared to be a bundle wrapped in a manner consistent with transported cocaine. Trooper Lankow made a "v" slit into one of the bundles and saw what appeared to be a white powdery substance. Trooper Lankow advised **Pimentel** that he was being detained. There were a total of 50 bundles in the vehicle, each weighing approximately a kilogram a piece. During a post-Miranda statement, **Pimentel** said he knew there were drugs in the vehicle and was transporting the suitcases to Chicago. He was going to be paid $50,000 in U.S. currency for the delivery.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
GED/wd
AUTHORIZED AUSA Gordon E. Davenport

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Daniel A. Ference
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
November 19, 2015

[1] See Federal rules of Criminal Procedure Rules 3 and 54